# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-00422 DMG (JEMx) | Date | March 6, 2020 |
|---|---|---|---|
| Title | MPK, Inc., et al. v. Bernardaud N.A., Inc., et al. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES, PRODUCTION OF DOCUMENTS, AND ATTENDANCE OF DEPOSITIONS (Docket No. 22)**

Before the Court is Defendants' Motion to Compel Answers to Interrogatories, Production of Documents and Attendance of Depositions ("Motion"). (Dkt. 22.) Plaintiffs MPK, Inc. and Kenneth J. Greenberg have filed no opposition to the Motion. Accordingly, this Court ORDERS Plaintiffs to show cause by **March 13, 2020** why the Court should not enter the Proposed Order (Dkt. 22-6) submitted by the Defendants in its entirety. Defendants may file a reply by **March 18, 2020**.

The hearing on this Motion set for March 17, 2020 is hereby off calendar.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |