JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPK, INC., a California corporation; and KENNETH J. GREENBERG, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BERNARDAUD N.A., INC., a New York corporation; GEORGE KAKATY, and individual; CORINNE OATS, an individual; and DOES 1-100, inclusive. <br><br> Defendants. | Case No. CV 19-00422-DMG (JEMx) <br><br> J U D G M E N T |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed in its entirety with prejudice.

DATED: August 31, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

3